**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

|  |  |
|---|---|
| **MARILYN LARSON,**   )<br>   )<br>   **Plaintiff,**   )<br>   )<br>**v.**   )<br>   )<br>   )<br>**JO ANNE BARNHART, COMMISSIONER** )<br>**OF SOCIAL SECURITY,**   )<br>   )<br>   **Defendant.**   )<br>_____)  | **CIVIL ACTION**<br><br>**No.  05-2132-CM** |

## ORDER

This case is before the court on plaintiff Marilyn Larson's Application for 42 U.S.C. § 406(b) Attorney Fees (Doc. 18).  Plaintiff has agreed with her attorney that $9,000 is a reasonable sum for legal fees incurred on her claim for Social Security disability insurance benefits.  Defendant does not object to payment of § 406(b) attorney fees in the amount of $9,000, but asks that the court also direct counsel to refund fees previously awarded under the Equal Access to Justice Act.  The court cannot ascertain from the materials before it whether a refund is appropriate in this instance, but expects that counsel will comply with the applicable law.  The court has reviewed the papers submitted by plaintiff and finds that $9,000 is a reasonable fee for counsel's representation of plaintiff.

**IT IS THEREFORE ORDERED** that plaintiff Larson's Application for 42 U.S.C. § 406(b) Attorney Fees (Doc. 18) is granted.

Dated this 3rd day of January 2008, at Kansas City, Kansas.

                                                                                     **s/ Carlos Murguia**                                
                                                                                     **CARLOS MURGUIA**
                                                                                     **United States District Judge**

